# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Tracy Taylor,                                                                     Civil No. 05-144 (DWF/RLE)

                Petitioner,

v.                                                                                 **ORDER**

C. Holinka, Warden,

                Respondent.

_____

Tracy Taylor, *Pro Se*, Petitioner.

Lisa D. Kirkpatrick, Assistant United States Attorney, United States Attorney's Office, counsel for Respondent.

_____

Based upon the Findings and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS ORDERED** that the Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

Dated: September 29, 2005                 s/Donovan W. Frank
                                                     DONOVAN W. FRANK
                                                     Judge of United States District Court